990

ARCTIC SLOPE NATIVE
ASSOCIATION, LTD.,
Appellant,

v.

Mike LEAVITT, Secretary of Health
and Human Services, Appellee.

No. 2008–1532.

United States Court of Appeals,
Federal Circuit.

Oct. 16, 2008.

### ORDER

v.

KIMBERLY–CLARK WORLDWIDE,
INC., Defendant–Appellee.

No. 2008–1580.

United States Court of Appeals,
Federal Circuit.

Oct. 17, 2008.

### ORDER

v.

Mike LEAVITT, Secretary of Health
and Human Services, Appellee.

No. 2008–1532.

United States Court of Appeals,
Federal Circuit.

Oct. 17, 2008.

### ORDER

The order of dismissal and the mandate dated 10/16/2008, 316 Fed.Appx. 990, 2008 WL 5749946, having been issued in error, the same hereby are, VACATED and RE-CALLED, and the notice of appeal is RE-INSTATED. The Appellant's, Arctic Slope Native Association, Ltd., brief is due November 17, 2008.